IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
STATESVILLE DIVISION

| | |
|---|---|
| RONNIE R. WOODIE, CHRYSTAL T. WOODIE, EVA M. TODD, and AMBER R. WOODIE,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>WILLIAM W. WARD, JR. and GINGER E. WARD,<br><br>　　　　Defendants. | Case No. 5:18-CV-00149-GCM |

## **ORDER GRANTING MOTION TO STAY**

Upon consideration of the parties Joint Motion to Stay and for good cause shown;

The Motion is hereby **GRANTED** and it is **ORDERED** that the case is **STAYED** through March 31, 2019.

Signed: February 11, 2019

Graham C. Mullen
United States District Judge